998

TICE POWELL took no part in the consideration or decision of this petition.*

No. 74–5436.   HORNE v. UNITED STATES, *ante,* p. 947; and

No. 74–5816.   TRIGG v. TENNESSEE, *ante,* p. 938. Petitions for rehearing denied.

No. 74–5529.   McHAR v. McHALE, 419 U. S. 1115. Motion for leave to file petition for rehearing denied.

---

*See also note, *supra,* p. 985.